UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHLEEN BREWSTER,

    Plaintiff,

v.

Case No. 2:25-cv-313-KCD-NPM

SAM'S EAST, INC., FOREIGN PROFIT CORPORATION; AND GRAYHAWK LEASING LLC, FOREIGN LIMITED LIABILITY COMPANY,

    Defendants.
_____/

### ORDER

Before the Court is Defendant Sam's East, Inc.'s Notice of Removal. (Doc. 1.)[1] Plaintiff Kathleen Brewster sued Defendants in state court for premises liability. (Doc. 4.) Sam's East has now removed the case based on diversity jurisdiction.

A defendant may remove a case from state court if the federal court has original jurisdiction. 28 U.S.C. § 1441(a). Pertinent here, federal courts have original jurisdiction over cases with complete diversity and an amount in controversy over $75,000. 28 U.S.C. § 1332(a). "A removing defendant bears the burden of proving proper federal jurisdiction." *Leonard v. Enter. Rent a*

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

*Car*, 279 F.3d 967, 972 (11th Cir. 2002). And because federal courts have limited jurisdiction, they are "obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999).

After reviewing the Notice of Removal and attached documents, the Court finds that diversity of citizenship has not been shown. The Notice of Removal states that New York is Grayhawk Leasing, LLC's state of incorporation and principal place of business. (Doc. 1 at 5.) But an LLC is a citizen of every state in which one of its members is domiciled. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004). Each member of the LLC must be diverse from the opposing party. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). Here, the LLC members and their citizenship are not identified.

Sam's East will be provided another opportunity to state the presence of federal jurisdiction. *See* 28 U.S.C. § 1653.

Accordingly, it is **ORDERED**:

Sam's East must **SUPPLEMENT** its Notice of Removal (Doc. 1) by **September 30, 2025**, to show cause why this case should not be remanded for lack of subject matter jurisdiction. **Failure to do so will result in this case being remanded without further notice**.

**ENTERED** in Fort Myers, Florida on September 16, 2025.

*[signature]*

Kyle C. Dudek
United States District Judge